UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANK NICHOLAS PEREZ, III,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBRA HERNDON,<br><br>　　　　Respondent. | Case No.  EDCV 10-01042 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: February 16, 2011

　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE